CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

CRIS C. VAUGHAN (SBN: 99568)
cvaughan@adasolutionsgroup.com
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378
Attorney for DefendantS
Christopher S. Metrulas and Katherine M. Metrulas

KRISTINA M. LAUNEY (SBN: 221335)
klauney@seyfarth.com
SEYFARTH SHAW LLP
400 Capitol Mall, Ste. 2350
Sacramento, CA 95814-4428
Telephone: (916)448-0159
Facsimile: (916)558-4839
Attorney for Defendant
The Hertz Corporation

**APPROVED**
Judge Edward J. Davila
10/12/2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER S. METRULAS, in individual and representative capacity as trustee of the Metrulas Family Living Trust;<br>KATHERINE M. METRULAS, in individual and representative capacity as trustee of the Metrulas Family Living Trust;<br>THE HERTZ CORPORATION, a Delaware Corporation; and Does 1-10,<br><br>    Defendants. | Case: 5:18-CV-03610-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 12, 2018     CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: October 12, 2018     VAUGHAN & ASSOCIATES

By: /s/ Cris C. Vaughan
    Cris C. Vaughan
    Attorney for Defendants
    Christopher S. Metrulas and
    Katherine M. Metrulas

Dated: October 12, 2018     SEYFARTH SHAW LLP

By: /s/ Kristina M. Launey
    Kristina M. Launey
    Attorney for Defendant
    The Hertz Corporation

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Cris C. Vaughan and Kristina M. Launey, counsels for Christopher S. Metrulas, Katherine M. Metrulas and The Hertz Corporation, respectively, and that I have obtained Mr. Vaughan's and Ms. Launey's authorization to affix their electronic signature to this document.

Dated: October 12, 2018  CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff